This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.** **No. 31,903**

**JONATHAN GALLEGOS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**William C. Birdsall, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Jacqueline L. Cooper, Chief Public Defender
J.K. Theodosia Johnson, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

Gallegos appeals an order denying his motion to withdraw his plea. In our notice of proposed summary disposition, we proposed to dismiss Gallegos's appeal,

since Gallegos's notice of appeal was filed late. Gallegos has filed a memorandum in opposition, which we have duly considered. As we are not persuaded by his arguments, we dismiss this appeal for the reasons stated in our notice of proposed summary disposition. To the degree that Gallegos may have a claim of ineffective assistance of counsel based on either (1) his new counsel's failure to timely file the notice of appeal or (2) his prior counsel's representation of him in entering the plea, our dismissal of this appeal does not prevent him from seeking to present evidence in support of those arguments in a post-conviction proceeding.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____
**J. MILES HANISEE, Judge**